# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON BIERMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA,<br><br>        Defendant. | 8:19CV97<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Motion for Remand or Voluntary Dismissal, ECF No. 8, filed by Plaintiff Brandon Bierman. Under Federal Rule of Civil Procedure 41(a)(2), the Court will grant Plaintiff's request for a voluntary dismissal and dismiss this action without prejudice. Accordingly,

IT IS ORDERED:

1. The Motion for Voluntary Dismissal, ECF No. 8, is granted; and
2. The above-captioned action is dismissed, without prejudice.

Dated this 11th day of April 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge